ACCEPTED
03-14-00518-CV
6234234
THIRD COURT OF APPEALS
AUSTIN, TEXAS
7/27/2015 1:31:32 PM
JEFFREY D. KYLE
CLERK

NO. 03-14-00518-CV

IN THE COURT OF APPEALS
THIRD DISTRICT OF TEXAS
AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
7/27/2015 1:31:32 PM
JEFFREY D. KYLE
Clerk

JAMES POE AND SENIOR RETIREMENT PLANNERS, LLC, Appellants

vs.

EDUARDO S. ESPINOSA, IN HIS CAPACITY AS RECEIVER OF
RETIREMENT VALUE, LLC, Appellee

Appeal from the 200th Civil District Court of
Travis County, Texas (Hon. Gisela Triana presiding)

## APPELLANTS' UNOPPOSED MOTION
## TO EXTEND TIME TO FILE REPLY BRIEF

**ALDRICH PLLC**

Scott Lindsey
State Bar No. 24036969
1130 Fort Worth Club Tower
777 Taylor Street
Fort Worth, Texas 76102
Telephone: 817-336-5601
Facsimile: 817-336-5297
slindsey@aldrichpllc.com

**ATTORNEY FOR APPELLANTS**

-1 -

Appellants James Poe and Senior Retirement Planners, LLC request an extension of the deadline for the filing of their Reply Brief pursuant to Tex. R. App. P. 10.5(b) and 38.6(c).

1. Appellants filed their opening brief on March 11, 2015.

2. Appellee's brief was filed on July 14, 2015.

3. Appellants' reply brief is currently due on or before August 3, 2014. *See* Tex. R. App. P. 38.6(c). Appellants ask the Court to extend Appellants' reply brief deadline to August 28, 2015, an extension of twenty-five days. *See* Tex. R. App. P. 10.5(b)(1)(A)-(B).

4. Appellants seek an extension of the deadline to file their Reply Brief because counsel for Appellants requires additional time to prepare the reply brief. The record in this case is large and will require significant time to review in order to accurately and adequately brief the issues and cite the record to the Court. In addition, counsel for Appellants has a contested evidentiary hearing currently scheduled for July 29, 2015, anticipates taking several depositions in the next three weeks, and will be out of the office on vacation for two or more days during the week of August 3, 2015. *See* Tex. R. App. P. 10.5(b)(1)(C).

5. Appellants have not sought any prior extensions of time to file briefs in this matter. *See* Tex. R. App. P. 10.5(b)(1)(D).

6.    Counsel for Appellee does not oppose this motion.

Appellants James Poe and Senior Retirement Planners, LLC pray that the Court will grant an extension of time to file Appellants' reply brief until August 28, 2015.

Respectfully submitted,

**ALDRICH PLLC**

Scott Lindsey
State Bar No. 24036969
slindsey@aldrichpllc.com
1130 Fort Worth Club Tower
777 Taylor Street
Fort Worth, Texas 76102
Telephone: 817-336-5601
Telecopier: 817-336-5297

**ATTORNEYS FOR
APPELLANTS JAMES POE
AND SENIOR RETIREMENT
PLANNERS, LLC**

## CERTIFICATE OF CONFERENCE

The undersigned attorney certifies that he exchanged emails with John Thomas on July 27, 2015, and that Mr. Thomas was not opposed to this request for extension.

Scott Lindsey

## CERTIFICATE OF SERVICE

This is to certify that on this the 27th day of July, 2015, the foregoing motion was filed electronically with the Clerk for the Third Court of Appeals. A copy was served by electronic mail upon the following:

John W. Thomas
114 W. 7th Street, Suite 1100
Austin, Texas 78701-3015
jthomas@gbkh.com

Scott Lindsey